UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD R. HUENE,<br><br>        Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF THE<br>TREASURY INTERNAL REVENUE<br>SERVICE, et.al.,<br><br>        Defendants, | 1:11-CV-01306 AWI SKO<br><br>_____<br><br><u>ORDER TRANSFERRING CASE</u> |

    Pursuant to 28 U.S.C. § 455(a), the Court deems it necessary to disqualify the judges currently assigned to this case. The grounds for disqualification also preclude the reassignment of this action to any other judge in the Fresno Division of the Eastern District of California.

    Accordingly, the undersigned and the Honorable Sheila K. Oberto are HEREBY RECUSED and this action is TRANSFERRED to the Sacramento Division of the Eastern District of California for reassignment. 28 U.S.C. § 455(a); Local Rule 120(f).

IT IS SO ORDERED.

Dated:   August 9, 2011                                         _____
                                                                                    CHIEF UNITED STATES DISTRICT JUDGE

1